PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
Fax: (406) 457-5130
E-mail: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. WILLIAM ORVILLE DESHAW III, Defendant. | CR 21- 30 BU- DLC <br><br> **INFORMATION** <br><br> **FALSE STATEMENT DURING A FIREARMS TRANSACTION** <br> Title 18 U.S.C. § 922(a)(6) <br> (Penalty: Ten years imprisonment, $250,000 fine and three years supervised release) |
|---|---|

THE UNITED STATES ATTORNEY CHARGES:

That on or about June 11, 2020, at Bozeman and within Gallatin County, in the State and District of Montana, the defendant, WILLIAM ORVILLE DESHAW III, in connection with his attempted acquisition of a rifle, that is an Armscor .22 long semi-automatic rifle, from Murdoch's Ranch & Home Supply, Bozeman, Montana, a licensed dealer, knowingly made a false and fictitious oral and written

1

statement intended and likely to deceive such dealer, that is, at item 11(h) on ATF Form 4473, Firearms Transaction Form, dated June 11, 2020, the defendant indicated that the defendant was not the subject of a court order restraining him from harassing, stalking, or threating an intimate partner, when in truth and fact, as the defendant well knew, he was the subject of such an order dated April 12, 2019, from the Jefferson County Justice Court, State of Montana, a fact material to the lawfulness of his acquisition of the rifle under Chapter 44 of Title 18, all in violation of 18 U.S.C. § 922(a)(6).

Dated this ___ day of August 2021.

PAULETTE L. STEWART
Assistant U.S. Attorney

LEIF M. JOHNSON
Acting United States Attorney

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney