IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM ORVILLE DESHAW III,<br><br>Defendant. | CR 21-30-BU-DLC<br><br>FINDINGS &<br>RECOMMENDATION<br>CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of false statements during a firearms transaction, in violation of 18 U.S.C. § 922(a)(6), as set forth in the Information Charging (Doc. 1).

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea,

2. That the Defendant is aware of the nature of the charge against him and consequences of pleading guilty to the charge,

3. That the Defendant fully understands his constitutional rights, and the

1

extent to which he is waiving those rights by pleading guilty, and

4.  That the plea of guilty is a knowing and voluntary plea, supported by an

independent basis in fact sufficient to prove each of the essential elements of the

offense charged.

The Court further concludes that the Defendant had adequate time to review

the Plea Agreement with counsel, that he fully understands each and every

provision of the agreement and that all of the statements in the Plea Agreement are

true.  Therefore, I recommend that the Defendant be adjudged guilty of false

statements during a firearms transaction, and that sentence be imposed.  I further

recommend that Counts I and III and of the Superseding Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer**

**a decision regarding acceptance until the Court has reviewed the Plea**

**Agreement and the presentence report**.

DATED this day of 15th day of October, 2021.


Kathleen L. DeSoto
United States Magistrate Judge